**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Barbara Park, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 4:12-cv-01132-JMC |
| | ) | |
| v. | ) | |
| | ) | |
| Kimberly Page as Personal Representative | ) | |
| of the Estate of Daniel Charles Carroll, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | | |
| Sandra Freeman, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 4:12-cv-01939-JMC |
| | ) | |
| v. | ) | |
| | ) | |
| Estate of Daniel Charles Carroll, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER OF CONSOLIDATION**

Presently before the court are Defendant Concord Regional Flight Services LLC's Motion to Consolidate [Dkt. No. 7, Civil Action No. 4:12-cv-01132-JMC] and Defendants Concord Regional Flight Services LLC and Robert O'Neale, III's Motion to Consolidate [Dkt. No. 9, Civil Action No. 4:12-cv-01939-JMC] the above captioned actions with three related actions: *Ronnie Bryant v. Concord Regional Flight Services, LLC, et al*, Civil Action No. 4:11-cv-1564-JMC; *Crystal Black v. Kimberly Carroll Page, et al*, Civil Action No. 4:11-cv-1835-JMC; and *Takisana Black v. Kimberly Carroll Page, et al*, Civil Action No. 4:11-cv-1838-JMC for pretrial purposes. All five cases arise from an airline crash that occurred on July 14, 2010, in North Myrtle Beach, South Carolina.

Although each case involves different plaintiffs, the defendants are the same in all but one case.[1] These motions are made without objection from any party.

The court may consolidate multiple pending actions involving "common question[s] of law or fact" into one action in the interest of efficiency. Fed. R. Civ. P. 42(a). Upon review, the court finds that judicial efficiency is best served by consolidating these five related actions for pretrial purposes. Accordingly, the court **GRANTS** Defendant Concord Regional Flight Services LLC's Motion to Consolidate [Dkt. No. 7, Civil Action No. 4:12-cv-01132-JMC] and Defendants Concord Regional Flight Services LLC and Robert O'Neale, III's Motion to Consolidate [Dkt. No. 9, Civil Action No. 4:12-cv-01939-JMC]. The matters are consolidated for pretrial purposes only unless otherwise ordered by the court. The Clerk shall enter an amended scheduling order reflecting the consolidation. The parties are further notified that the consolidated cases will now be tracked for purposes of court deadlines, including the date by which all actions must be concluded, based on the earliest filed case, *Ronnie Bryant v. Concord Regional Flight Services, LLC, et al*, Civil Action No. 4:11-cv-1564-JMC.

**IT IS SO ORDERED.**

United States District Judge

September 20, 2012
Greenville, South Carolina

---

[1] No claims were brought against Robert O'Neale III in *Barbara Park v. Kimberly Page, et al*, Case No. 4:12-cv-01132-JMC. Because the nature of the claims are substantially the same and the incident from which they arise is identical in all cases, the court may still consolidate the actions despite the fact that Mr. O'Neale is not a defendant in one of them. *See, e.g., Attala Hydratane Gas, Inc. v. Lowry Tims Co.*, 41 F.R.D. 164, 165 (N.D. Miss. 1966).